

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen Carey Gulliver
Colleen.Gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

July 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021

**BY ECF**
Honorable Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Gothot v. Nurture, Inc.*, Case No. 1:21-cv-4997-MKV
   *Gutierrez v. Nurture, Inc.*, Case No. 1:21-cv-03499-MKV
   *Hampton et. al. v. Nurture, Inc.*, Case No. 1:21-cv-01882-MKV
   *Jain v. Nurture, Inc.*, Case No. 1:21-cv-01473-MKV
   *Robbins v. Nurture, Inc.*, Case No. 1:21-cv-5344-MKV
   *Skibicki v. Nurture, Inc., et al.*, Case No. 1:21-cv-02553-MKV
   *Smith v. Nurture, Inc.*, Case No. 1:21-cv-01534-MKV
   *Soto v. Nurture, Inc.*, Case No. 1:21-cv-1271-MKV[1]
   *Stewart et. al. v. Nurture, Inc.*, Case No. 21-cv-1217-MKV
   *Strobel v. Nurture, Inc.*, Case No. 1:21-cv-02129-MKV
   *Westin v. Nurture, Inc.*, Case No. 1:21-cv-2101-MKV
   **Letter Motion for Adjournment of September 1, 2021 Conference**

Dear Judge Vyskocil:

We represent Defendant Nurture, Inc. ("Nurture") in the above-referenced actions. Pursuant to Section 2(G) of this Court's Individual Practice Rules, Nurture writes to respectfully request an adjournment of the telephonic conference scheduled for September 1, 2021 at 11:00 a.m. ("Conference") (*Stewart*, ECF No. 39 (Scheduling Order)), until September 9 or 10, 2021.

Nurture has the consent of all plaintiffs' counsel for this request and respectfully seeks adjournment because Counsel for Nurture has a previously scheduled vacation that week. This is Nurture's first request for an adjournment of the Conference.

---

[1] Nurture has not been served in the *Soto* action.



Honorable Mary Kay Vyskocil<br>
July 23, 2021<br>
Page 2

Respectfully submitted,

*/s/ Colleen Gulliver*
Colleen Carey Gulliver

cc:   All counsel of record (by ECF)

---

The Court directs counsel to confer and propose dates and times during the weeks of August 16, 23, and 30 to reschedule the conference currently scheduled for September 1, 2021.

SO ORDERED.

Date: 7/26/2021
New York, New York

Mary Kay Vyskocil
United States District Judge